COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED
DEC 0 4 2002
Michael N. Milby, Clerk

SYED MOHMED RABBANI #910
Plaintiff's name and ID Number

RICHMOND, TX
Place of Confinement

CASE NO: H-02-4521
(Clerk will assign the number)

v.

ALL LIFE-FORMS
Defendant's name and address

IN ALL GALAXIES.
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ✓ YES  ___ NO

  B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

  1. Approximate date of filing lawsuit: APRIL 13, 01

  2. Parties to previous lawsuit:
     Plaintiff(s) RABBANI SYED MOHMED
     Defendant(s) BRUTAL COUNTRY U.S.A.

  3. Court (If federal, name the district; if state, name the county) SOUTHERN

  4. Docket Number: N/A

  5. Name of judge to whom case was assigned: MS. NANCY F. ATLAS

  6. Disposition: (Was the case dismissed, appealed, still pending?)
     DISMISSED (FINAL JUDGEMENT)

  7. Approximate date of disposition: APRIL 13, 01

II. PLACE OF PRESENT CONFINEMENT: JESTER UNIT RICHMOND, TEXAS

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:
A. Name of address of plaintiff: RABBANI SYED MOHMED #910 J-IV A-1/28 RICHMOND TEXAS 77469 U.S.A.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: ALL LIFE-FORMS, CIA AGENTS IN ALL GALAXIES, UNIVERSE.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
MENTAL & PHYSICAL TORTURE.

Defendant #2: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ALL LIFE-FORMS IN ALL GALAXIES HAVE BEEN TORTURING ME MENTALLY

AND PHYSICALLY SO MUCH BEYOND ANYBODY'S IMAGINATION. JUST BECAUSE THEY ARE BRUTAL, CRUEL, RUTHLESS, SADDISTIC, SHREWD, CROOKED, PERVERT PSYCHOPATH, RENEGADE KGB DOGS, CIA AGENTS, CHURONIC LAW VIOLATORS, HABITUAL CRIMINALS AND I'M HOLY, DIVINE, GOOD, HOLY, SIN FREE JESUS CHRIST OF MODERN TIME.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ULTIMATE DESTRUCTION OF ALL LIFE FORMS BESIDES I AND COURT SEND ME $100/- a month for my commissary.

VII. BACKGROUND INFORMATION:
A. State, in complete form, all names you have ever used or been known by including any and all aliases:
JASON BOURNE, JAMES BOND, MASUD RANA

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

#000310 AND I FORGET FBI NUMBER.

VII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
1. Court that imposed sanctions (if federal, give district and division): N/A
2. Case Number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A YES N/A NO

C. Has any court ever warned or notified you that sanctions could be imposed? N/A YES N/A NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warnings were imposed: __N/A__

Executed on: __NOV 22, 02__
           DATE

_Syed M. Rahbani_
_Rahbani_
(Signature of Plaintiff)

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __22nd__ day of __NOV__, 20__02__.
      (Day)        (Month)      (Year)

_Syed M. Rahbani_
_Rahbani_
(Signature of Plaintiff)

WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.